# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**VIRGIE PATRICIA SHEPHERD**                                                            **PLAINTIFF**

**V.**                                                    **NO. 4:16-CV-171-DMB-JMV**

**CHURCHILL DOWNS, INC., and**
**SW GAMING, LLC d/b/a HARLOW'S**
**CASINO RESORT AND SPA**                                        **DEFENDANTS**

## ORDER OF RECUSAL

The above captioned case was assigned to the undersigned, United States District Judge Debra M. Brown, on August 4, 2016. Judge Brown, on her own motion, hereby **RECUSES** herself from this case. The Clerk of the Court is directed to transfer and re-assign this case to another district court judge.

**SO ORDERED**, this 8th day of August, 2016.

                                                             **/s/ Debra M. Brown**
                                                             **UNITED STATES DISTRICT JUDGE**